## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

| | | |
|---|---|---|
| **KEN and SHAUN WINGERTER,** ) | **Case No.  1:22-CV-01178** |
| **on behalf of their minor child,** ) | |
| **H.W.** ) | |
| ) | |
| **Plaintiffs,** ) | **JUDGE ELEANOR L. ROSS** |
| **v.** ) | |
| ) | |
| **MERCK & CO., INC., and** ) | |
| **MERCK SHARP & DOHME CORP,** ) | |
| ) | |
| ) | |
| **Defendants** ) | |

*****************************************************************************

## **ORDER**

Considering the foregoing Motion to Withdraw,

IT IS ORDERED that Jessica Perez Reynolds be and is hereby withdrawn as counsel of record for the Plaintiffs herein.

Atlanta, Georgia this _____ day of _____, 2022.

_____
JUDGE